UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA HINES, | No. 2:14-cv-1386-JAM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO HOME MORTGAGE, INC., | |
| Defendant. | |

On July 8, 2015, plaintiff filed a "notice of voluntary dismissal of action with prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 31.)  Federal Rule of Civil Procedure 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing . . . (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."  Fed. R. Civ. P. 41(a)(1)(A)(i); see also United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145 (9th Cir. 2008) (noting that dismissal under Rule 41(a)(1)(A)(i) requires no action on the part of the court and divests the court of jurisdiction once the notice of voluntary dismissal is filed).  Plaintiff's notice states that plaintiff seeks to dismiss this case with prejudice "in accordance with the terms of a settlement agreement between the parties in June 2015."  (ECF No. 31 at 1-2.)

1

1    Here, because defendant has not yet served an answer or motion for summary judgment in
2 this case, plaintiff's request for dismissal is effective without a court order.  Nevertheless, for
3 purposes of clarity only, IT IS HEREBY ORDERED that:
4    1.  Plaintiff's motion to dismiss (ECF No. 31) is granted.
5    2.  The action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure
6 41(a)(1)(A)(i).
7    3.  The Clerk of Court is directed to close this case.
8    IT IS SO ORDERED.
9 Dated:  July 16, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE